■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SMOCUM, Appellant. [730 NYS2d 719] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Knipel, J.), rendered May 6, 1998, convicting him of criminal

possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, no *Batson* violation occurred during jury selection (*see, Batson v Kentucky,* 476 US 79). The Supreme Court properly determined that the race-neutral explanation proffered by the prosecutor for the challenge was not merely pretextual (*see, People v Payne,* 88 NY2d 172; *People v Allen,* 86 NY2d 101).

The defendant's remaining contention is without merit. Ritter, J. P., S. Miller, Luciano and Crane, JJ., concur.